# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00635-CV

**Nance & Duncan, P.L.L.C., Joseph F. Duncan, and Glynn D. Nance, Appellants**

**v.**

**Cox Newspapers, L.P. d/b/a Austin American-Statesman, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 270452, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Because appellants Nance & Duncan, P.L.L.C., Joseph F. Duncan, and Glynn D. Nance have failed to arrange for the timely filing of a clerk=s record and have failed to submit a status report regarding their appeal, we will dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

The Clerk of this Court filed appellants= notice of appeal on October 17, 2003. On December 3, 2003, the Clerk of this Court requested a response from the county clerk=s office of Travis County regarding the status of the clerk=s record. We received no response. By letter dated January 20, 2004, the Clerk of this Court requested from appellants a status report regarding this appeal by January 30 and informed the parties that a failure to timely respond to this request would result in dismissal of the appeal

for want of prosecution.  To date, appellants have failed to respond to the request.

Accordingly, we dismiss the appeal for want of prosecution on our own motion.  *See id.* 42.3(b), (c).

_____

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed for Want of Prosecution

Filed:  February 20, 2004